NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Samuel J. Diaz (Cal. Bar No. 304503)
Assistant United States Attorney
312 N. Spring St.
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 25-595-MCS-3 |
| v. | |
| ALLAN AUSTRIA, | **APPLICATION FOR** |
| | **REVIEW OR RECONSIDERATION OF ORDER** |
| | **SETTING CONDITIONS OF** |
| | **RELEASE OR DETENTION** |
| DEFENDANT. | **(18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☑ plaintiff ☐ defendant United States of America
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge Jacqueline Chooljian _____ by order dated: 7/30/2025

    ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☑ ordering release upon certain conditions, or
    ☐ denying detention.

    ☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented
        that was not considered by the previous judicial officer; or

    ☑ A hearing is being sought before a District Judge to review all information presented to and considered by
        the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*
A finding that defendant be remanded to custody

    Counsel for the defendant and plaintiff United States Government consulted on 7/30/25 via email
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on _____.

An interpreter is ☐ required ☑ not required.  Language _____
Defendant is ☑ in custody ☐ not in custody.

| 7/30/2025 | United States of America |
|---|---|
| Date | Moving Party |