```
BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
Assistant United States Attorney
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3045
     Facsimile: (213) 894-6269
     E-mail:    samuel.diaz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-595-2 |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION FOR A STAY OF MAGISTRATE JUDGE'S RELEASE ORDER |
| v. | |
| ALLAN AUSTRIA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Samuel J. Diaz, hereby files its ex parte application for a stay of the magistrate judge's order releasing defendant Allan Austria on bond pending trial. The ex parte application is based on the following:

1. On July 15, 2025, a grand jury returned an indictment charging defendant with conspiracy to operate an illegal gambling business in violation of 18 U.S.C. § 371 and operating an illegal gambling business in violation of 18 U.S.C. § 1955.

2. On the morning of July 30, 2025, law enforcement officers arrested defendant at his residence and searched it pursuant to a federal search warrant. Inside defendant's residence, they found four firearms, including two loaded firearms. Defendant is a convicted felon, including a conviction for conspiracy to traffic methamphetamine that resulted in a 150-month federal sentence.

3. Later that day, defendant appeared before the Honorable Jacqueline Chooljian for his initial appearance. The magistrate judge ordered defendant released on a $10,000 bond, finding that the government had failed to establish that defendant was a flight risk or a danger to the community.

4. At the government's request, the magistrate judge stayed its release order until 2 p.m. on July 31, 2025.

5. The government has filed an Application for Review of the Order Setting Conditions of Release. (Dkt. 31).

6. The government seeks a stay of the magistrate judge's release order to permit this Court to rule on the government's application for review prior to defendant's release.

7. Defendant's release would endanger the community and permit defendant to flee.

8. At 10:47 p.m. on July 30, 2025, government counsel contacted defense counsel Andrew Cowan via email and asked him for his position on the government's ex parte application.

9. As of the time of this filing, the government has not received defense counsel's position as to the ex parte application.

10. In light of the 2 p.m. expiration of the magistrate judge's stay, the government files this ex parte application to present this issue to the Court as soon as possible.

11. For these reasons, the government respectfully requests a stay of the magistrate judge's release order and the issuance of an expedited briefing schedule on the government's application for reconsideration.

Dated: July 31, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        Acting United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                            /s/
                                        SAMUEL J. DIAZ
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA