BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
Assistant United States Attorney
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3045
    Facsimile: (213) 894-6269
    E-mail:   samuel.diaz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00595-MCS-3 |
|---|---|
| Plaintiff, | ORDER GRANTING THE GOVERNMENT'S *EX PARTE* APPLICATION FOR A STAY (ECF No. 32) |
| v. | |
| ALLAN AUSTRIA, | |
| Defendant. | |

    FOR GOOD CAUSE SHOWN, the government's ex parte application for a stay of the magistrate judge's release order is GRANTED.

    IT IS SO ORDERED.

*[Signature: Mark C. Scarsi]*

July 31, 2025
DATE

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

**cc:   USMO, BOP, PSA**

Presented by:

    /s/
SAMUEL J. DIAZ
Assistant United States Attorney