# Exhibit D

