```
Exhibit F
```





































**From:** +[redacted]34420 (owner)
**To:** +[redacted]96801 Aleka Car Uce
**To:** chuck82388@gmail.com [redacted] (owner)

I'm go n take 20k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]96801 Aleka C[redacted] | 9/8/2021 1:36:20 AM(UTC-7) | | |
| chuck82388@gmail.com [redacted] | | | |

**Status:** Sent

9/8/2021 1:36:19 AM(UTC-7)

Source Extraction: Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E38CE (Table: message, chat, handle; Size: 149614592 bytes)



**From:** [redacted]96801 Aleka Car Uce
**To:** +[redacted]34420 (owner)
**To:** chuck82388@gmail.com [redacted] (owner)

Lol we take all them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]34420 | | 9/8/2021 1:36:29 AM(UTC-7) | |
| chuck82388@gmail.com [redacted] | | | |

**Status:** Read

9/8/2021 1:36:29 AM(UTC-7)

Source Extraction: Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3698 (Table: message, handle, chat; Size: 149614592 bytes)



**From:** +[redacted]34420 (owner)
**To:** +[redacted]96801 Aleka Car Uce
**To:** chuck82388@gmail.com [redacted] (owner)

Let me take half of do or even 5k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]96801 Aleka C[redacted] | 9/8/2021 1:36:32 AM(UTC-7) | | |
| chuck82388@gmail.com [redacted] | | | |

**Status:** Sent

9/8/2021 1:36:32 AM(UTC-7)

Source Extraction: Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3499 (Table: message, chat, handle; Size: 149614592 bytes)







> From: +[redacted]34420 (owner)
> To: +[redacted]96801 Aleka Car Uce
> To: chuck82388@gmail.com [redacted] (owner)
>
> **Got it uce let me know for real**
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +[redacted]96801 Aleka C[redacted] | 9/8/2021 1:38:20 AM(UTC-7) | | |
> | chuck82388@gmail.com [redacted] | | | |
>
> **Status:** Sent
>
> 9/8/2021 1:38:20 AM(UTC-7)

Source Extraction: Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4AE2 (Table: message, chat, handle; Size: 149614592 bytes)



Source Extraction: Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4894 (Table: message, handle, chat; Size: 149614592 bytes)



Source Extraction: Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E468F (Table: message, chat, handle; Size: 149614592 bytes)











