# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ALLAN AUSTRIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cr−00595−MCS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/31/2025__

Document No.:   __33__

Title of Document:   __Affidavit of Surety__

**ERROR(S) WITH DOCUMENT:**

Affidavit of Surety may not be e−filed. Document must be presented to our Criminal Intake Department for proper filing. Clerk has sealed filing

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __August 4, 2025__         By:  __/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov__
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS