# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 10210693

**Passport Receipt**

Defendant Name: Gilbert Arenas

Name on passport, if different: Gilbert Jorge Arenas Jr.

Country of Origin: United States

Ordered by court in the Central District of California

Docket Number:

U.S. Probation & Pretrial Services

Edward R. Roybal Federal Building and
U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

X  Attorney: Janine Cohen
Surrendered By

7/30/25
Date

Ninetta Smith, AAPO
Received By

July 30, 2025
Date

Returned To _____  Date _____

Returned By _____  Date _____

Purpose Returned
Address (if mailed)

U.S. Probation & Pretrial Services.