# United States Probation & Pretrial Services

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
9/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC DEPUTY

Brian D. Karth
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 47118

**Passport Receipt**

Defendant Name: Allan Austria

Name on passport, if different: Allan Guzman Austria

Country of Origin: USA

Ordered by the court in the Central District of California or

Docket Number: 2:25CR00595-3

U.S. Probation & Pretrial Services
Los Angeles

---

HSI
~~HIS~~ Deangelo Collier
Surrendered By

9-2-2025
Date

Diangela Palacio
Received By

9-2-2025
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)