Jerome H. Friedberg (SBN 125663)
Janine F. Cohen (SBN 203881)
**ISAACS · FRIEDBERG · ZILL LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone: (213) 929-5550
Facsimile: (213) 955-5794
Email: *jfriedberg@ifzcounsel.com*
*jcohen@ifzcounsel.com*

Attorneys for Defendant
GILBERT ARENAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>GILBERT ARENAS,<br><br>  Defendant. | CASE NO. 2:25-CR-00595-MCS-JC<br><br>Assigned to:  Hon. Mark C. Scarsi,<br>            Courtroom: 7C<br><br>**DECLARATION OF JEROME H. FRIEDBERG REGARDING REQUEST TO MODIFY THE CONDITIONS OF SUPERVISED RELEASE**<br><br>Trial: May 5, 2026 |

- 1 -

I, Jerome H. Friedberg, declare:

1. I am a duly licensed attorney admitted to practice before this court. My law firm represents defendant Gilbert Arenas in the above-captioned action, and I am the attorney with principal responsibility for this matter.

2. I have inquired of Mr. Arenas's pretrial services officer, Brittney Mayfield, whether she opposes the proposed modification of Mr. Arenas's terms of supervised release but have not received a response. Specifically, I left telephone messages for Ms. Mayfield on September 11, 2025 and September 12, 2025, but did not receive a response to either message.

3. I also sent Ms. Mayfield an email explaining the issue and asking for her response on September 11, 2025. Attached hereto as Exhibit A is a true and correct copy of the email I sent. I did not receive a response to my email.

4. The surety, Melanie Arenas, has consented to the proposed modification of Mr. Arenas's supervised release. Attached hereto as Exhibit B is a true and correct copy Melanie Arenas's Consent, which she emailed to me. Ms. Arenas also confirmed her consent orally in a telephone conversation we had on or about September 11, 2025.

I declare under the laws of the United States that the foregoing is true and correct and that I executed this declaration on September 15, 2025 in Los Angeles, California.

_____
JEROME H. FRIEDBERG, ESQ.

- 2 -

**DECLARATION OF JEROME H. FRIEDBERG RE REQUEST TO MODIFY THE CONDITIONS OF SUPERVISED RELEASE**

817807.1