# Exhibit A




# Extraction Report - Apple iOS Full File system

## Participants



███████ s.whatsapp.net (owner)

███████ s.whatsapp.net M&T

## Conversation - Instant Messages (18)



From: ███████ s.whatsapp.net (owner)
To: ███████ s.whatsapp.net M&T

Ты где пропал это гиора

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ s.whatsapp.net M&T | 11/18/2021 12:29:42 PM(UTC-8) | 11/19/2021 5:54:43 AM(UTC-8) | |

Status: Read
Platform: Mobile

11/18/2021 12:29:41 PM(UTC-8)

Source Extraction:
Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x32DFE77 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

From: System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

Platform: Mobile

11/18/2021 12:29:41 PM(UTC-8)

Source Extraction:
Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x32DFF20 (Table: ZWAMESSAGE; Size: 59604992 bytes)

**From:** ▇▇▇▇▇▇▇s.whatsapp.net (owner)
**To:** ▇▇▇▇▇▇▇s.whatsapp.net M&T

???

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇s.whatsapp.net M&T | 11/18/2021 12:32:32 PM(UTC-8) | 11/19/2021 5:54:43 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

11/18/2021 12:32:31 PM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x32DFDEF (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

---

**From:** ▇▇▇▇▇▇▇s.whatsapp.net (owner)
**To:** ▇▇▇▇▇▇▇s.whatsapp.net M&T

Послушай меня дебил не будешь отвечать мне на телефон не отдашь мне мои деньги я приду к тебе домой дурак сука

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇s.whatsapp.net M&T | 11/19/2021 2:37:26 AM(UTC-8) | 11/19/2021 5:54:43 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

11/19/2021 2:37:23 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x32EFD0F (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

---

**From:** ▇▇▇▇▇▇▇s.whatsapp.net M&T

Привет, послушай не заметил что ты звонил и я не собираюсь прятаться или не отдавать тебе деньги я разбил телефон и не осталось ни одного номера просил Русика набрать он забыл я отдам те зяб за два раза дай мне пару дней и надеюсь что до конца года закрою весь долг

**Status:** Read
**Platform:** Mobile

11/19/2021 6:01:56 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x32FCBE9 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)



**From:** ▓▓▓▓▓s.whatsapp.net (owner)
**To:** ▓▓▓▓▓s.whatsapp.net M&T

Как дела с наступающим ты опять меня забыл

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓s.whatsapp.net M&T | 12/26/2021 12:26:56 AM(UTC-8) | 12/26/2021 12:28:29 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

12/26/2021 12:26:52 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x362C112 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

---

**From:** ▓▓▓▓▓s.whatsapp.net M&T

Привет родной и тебя с наступающим , чесно только сегодня увидел какое число , сегодня Русику завезу

**Status:** Read
**Platform:** Mobile

12/26/2021 12:30:24 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x362EE69 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

---



**From:** ▓▓▓▓▓s.whatsapp.net (owner)
**To:** ▓▓▓▓▓whatsapp.net M&T

Ок

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓s.whats | 12/26/2021 12:30:41 AM(UTC-8) | 12/26/2021 12:30:45 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

12/26/2021 12:30:40 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x362EDE4 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** [redacted]s.whatsapp.net M&T
**Status:** Read
**Platform:** Mobile

12/26/2021 12:30:50 AM(UTC-8)

Source Extraction:
Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x362ED5F (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** [redacted]s.whatsapp.net (owner)
**To:** [redacted]whatsapp.net M&T

Шабат шолом как дела

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]s.whats | 1/21/2022 12:18:54 AM(UTC-8) | 1/21/2022 1:00:43 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

1/21/2022 12:18:50 AM(UTC-8)

Source Extraction:
Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x386553A (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** [redacted]s.whatsapp.net M&T

Шалом Гёр я в воскресенье закину Русику по-любому нужно ему чек передать , Шабат шалом

**Status:** Read
**Platform:** Mobile

1/21/2022 1:02:31 AM(UTC-8)

Source Extraction:
Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x3865B09 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** ▓▓▓▓▓▓s.whatsapp.net (owner)
**To:** ▓▓▓▓▓▓s.whatsapp.net M&T

Не проблема шабат шолом

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓s.whatsapp.net M&T | 1/21/2022 1:02:59 AM(UTC-8) | 1/21/2022 2:58:24 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

1/21/2022 1:02:56 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x3865A5D (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** ▓▓▓▓▓▓s.whatsapp.net (owner)
**To:** ▓▓▓▓▓▓s.whatsapp.net M&T

Как дела ты на русика не доехал

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓s.whatsapp.net M&T | 1/25/2022 11:20:20 AM(UTC-8) | 1/25/2022 11:20:58 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

1/25/2022 11:20:17 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x38B6E77 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** ▓▓▓▓▓▓s.whatsapp.net M&T

Привет да у меня ещё и чек нужно ему отдать постараюсь может с утра завтра закинуть

**Status:** Read
**Platform:** Mobile

1/25/2022 11:22:29 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x38B6D5B (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** [redacted]s.whatsapp.net (owner)
**To:** [redacted]s.whatsapp.net M&T

Ок

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]s.whatsapp.net M&T | 1/25/2022 11:22:41 AM(UTC-8) | 1/25/2022 11:22:41 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

1/25/2022 11:22:40 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x38B6CD6 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** [redacted]s.whatsapp.net M&T

Поздно возвращаюсь в город

**Status:** Read
**Platform:** Mobile

1/25/2022 11:23:10 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x38B6C24 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**From:** [redacted]s.whatsapp.net (owner)
**To:** [redacted]whatsapp.net M&T

Завтра завези пожалуйста

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]s.whatsapp.net | 1/25/2022 11:23:27 AM(UTC-8) | 1/25/2022 11:23:27 AM(UTC-8) | |

**Status:** Read
**Platform:** Mobile

1/25/2022 11:23:26 AM(UTC-8)

Source Extraction: Legacy
Source Info:
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x38B6B76 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x18A4 (Size: 26275 bytes)
00008101-001E602E2E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

From: ███████ s.whatsapp.net M&T

**Status:** Read
**Platform:** Mobile

1/25/2022 11:23:42 AM(UTC-8)

Source Extraction:
Legacy
Source Info:
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/ChatStorage.sqlite : 0x38B6AF1 (Table: ZWAMESSAGE; Size: 59604992 bytes)
00008101-001E602E2A001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D3649349-3D16-420B-A405-7A4E0643A5C2/Biz/Biz.sqlite : 0x1D643 (Table: ZWABIZVERIFIEDNAME; Size: 299008 bytes)

**Translation**

First message in green:

Where did you disappear this is Giora.

Green message:

???

Green message again:

Listen to me moron if you are not going to answer my calls and wont give back my money I will come to your house stupid bitch.

Answer in blue:

Hello listen I didn't notice that you called I'm not going to start hiding from you or not giving you money I broke my phone and didn't keep a single number asked Rusik (short for a name) to dial he forgot I will give "зяб" (unknown word) twice the amount give me a few days and I hope that by the end of the year I will close out my debt.

Green message:

How are things happy soon new year you forgot about me again

Blue message:

Hello dear happy soon new year to you too for real I just noticed today the date, today I will take it to Rusik

Green message:

Ok

Blue message:

Nothing written

Green message:

Shabbat shalom how are things

**Blue message:**

Shalom Gior on Sunday I will drop it off to Rusik either way need to pass him a check. Shabbat shalom

**Green message:**

No problem Shabbat shalom

**Green message:**

How are things you didn't get to Rusik

**Blue message:**

Hello yes and I also need to give him a check I will try maybe tomorrow morning drop it off

**Green message:**

Ok

**Blue message:**

Returning late to the city

**Green message:**

Tomorrow drop it off please

**Blue message:**

Nothing written back

# Exhibit B

